No. 721. FERRONI v. UNITED STATES. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Leslie P. Whelan* for petitioner. No appearance for the United States.

No. 631. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC R. Co. v. NELLIS. March 14, 1932. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Messrs. Rodger M. Trump, C. S. Jefferson*, and *Walter H. Bender* for petitioner. *Mr. Joseph Very Quarles* for respondent.

No. 652. KERENS v. COLKET ET AL. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James A. Reed* and *Arnold Just* for petitioner. *Messrs. Luther Ely Smith, Elmer E. Pearcy, Fred L. Williams,* and *Earl F. Nelson* for respondents.

No. 622. RICHARDSON v. UNITED STATES. March 14, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. A. V. Cushman, T. T. Ansberry,* and *George E. Tew* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Melville D. Church* and *H. Brian Holland* for the United States.

No. 658. OLIVER v. UNITED STATES. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Wm. J. Hughes, Jr., George N. Murdock, Wm. E. Leahy,* and *Ed-*